CAREY, Appellant, v. GAY BROS. & CO., Respondents. (Common Pleas of New York City and County, General Term. March, 1895.) Action by William J. Carey, as receiver, against Gay Bros. & Co. Denis A. Spellissy, for appellant. J. S. Sampson, for respondents. No opinion. Judgment affirmed, with costs.

CARLSON, Appellant, v. WINTERSON, Respondent. (Common Pleas of New York City and County, General Term. March, 1895.) Action by Louisa Carlson against Maria L. Winterson. Hector M. Hitchings, for appellant. E. F. Bullard, for respondent. No opinion. Motion for leave to appeal to the court of appeals granted.

CARNEY, Appellant, v. METROPOLITAN LIFE INS. CO., Respondent. (Common Pleas of New York City and County, General Term. March, 1895.) Action by Margaret Carney against the Metropolitan Life Insurance Company. E. F. Bullard, for appellant. Arnoux, Ritch & Woodford, for respondent. No opinion. Motion to dismiss appeal granted.

CASSIDY, Appellant, v. ATLANTIC AVE. R. CO., Respondent. (City Court of Brooklyn, General Term. May 27, 1895.) Action by John Cassidy against the Atlantic Avenue Railroad Company. Thos. E. Pearsall, for appellant. Tracy, Boardman & Platt, for respondent.

PER CURIAM. We cannot distinguish the case on this appeal from that on the former appeal. They are substantially the same, and therefore the judgment and order must be affirmed on the opinion of this court in the former appeal (Cassidy v. Railroad Co., 29 N. Y. Supp. 724), with costs.

In re CHAWGO. (Supreme Court, General Term, Third Department. May 24, 1895.) In the matter of the guardianship of Jay Chawgo, a minor. No opinion. Order affirmed, with costs and disbursements.

CITY OF SYRACUSE, Respondent, v. STACEY et al., Appellants. (Supreme Court, General Term, Fourth Department. April, 1895.) Action by the city of Syracuse against Richard M. Stacey and others. No opinion. Motion denied, without costs to either party. See 30 N. Y. Supp. 1130.

CLARK et al., Respondents, v. SHERIDAN et al., Appellants. (Supreme Court, General Term, Third Department. May 14, 1895.) Action by George C. Clark and others against James Sheridan and others. No opinion. Judgment affirmed, with costs.

COCHRANE CARPET CO., Respondent, v. HOWELLS et al., Appellants. (Supreme Court, General Term, First Department. April 11, 1895.) Action by the Cochrane Carpet Company against Henry C. Howells, Jr., and another. C. N. Bovee, for appellant. J. J. Adams, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 30 N. Y. Supp. 1029; 33 N. Y. Supp. 309.

CODY, Respondent, v. BRUCE, Appellant. (Supreme Court, General Term, First Department. April 11, 1895.) Action by Artemus S. Cody, as executor, against William de W. Bruce. S. R. Taylor, for appellant. J. A. Beall, for respondent. No opinion. Decree affirmed, with costs.

DAVID MAYER BREWING CO., Respondent, v. DENNER, Appellant. (Supreme Court, General Term, First Department. May 17, 1895.) Action by the David Mayer Brewing Company against Josiah Denner. W. J. Groo, for appellant. J. B. Tanner, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

DE FOREST, Respondent, v. VIELE, Appellant. (Common Pleas of New York City and County, General Term. March, 1895.) Action by Robert E. De Forest against Kenyon G. Viele. Miller & Miller, for appellant. H. C. Trumper, for respondent. No opinion. Judgment affirmed, with costs.

DEMPSEY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, General Term, Fourth Department. April, 1895.) Action by William Dempsey against the New York Central & Hudson River Railroad Company. No opinion. Interlocutory judgment affirmed, with costs, with leave to defendant to answer on payment of costs of the demurrer and of this appeal. Leave granted to appeal to the court of appeals. See certificate filed with clerk. See 30 N. Y. Supp. 724.

DENNEY, Respondent, v. CORY, Appellant. (Supreme Court, General Term, Fourth Department. November, 1894.) Action by Charles C. Denney against Susan Cory. No opinion. Order affirmed, with $10 costs and disbursements.

DONOVAN et al., Respondents, v. STANDARD OIL CO. OF NEW YORK, Appellant. (Supreme Court, General Term, Fourth Department. November, 1894.) Action by Timothy Donovan and another against the Standard Oil Company of New York. No opinion. Judgment affirmed, with costs.